In the Matter of RIORDAN J. A. ROETT, Jr., an attorney at law.

Name of respondent ordered stricken from the roll of attorneys, December 12, 1949.

In the Matter of WILLIAM B. MEHLER, an attorney at law.

Argued January 23, 1950.

For the respondent: *Mr. John E. Selser.*

Name of respondent ordered stricken from the roll of attorneys, February 6, 1950.